IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CANDICE G. JOHNSON,

   Plaintiff,

    v.

GWINNETT COUNTY SCHOOL
DISTRICT doing business as
Gwinnett County Public Schools,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-471-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 49] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 35]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 35] is GRANTED.

SO ORDERED, this 28 day of November, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge